# EXHIBIT A

LAW OFFICES OF JEFFREY S. HASSON
By: Jeffrey S. Hasson, Esq.
(Atty ID#026611993)
320 Cedar Lane
Teaneck, New Jersey 07666
(201) 928-0300
Attorney for Plaintiff

FILED
CUSTOM SERVICE
FEB 29 2016
SUPERIOR C... NEW J...
COUNT... HUDSON
CIVIL... SION

| | |
|---|---|
| JESSY TORREJON TREVEJO,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, WAL-MART STORES, INC., WALMART SUPERCENTER, JOHN DOE 1-10 and XYZ CORP. 1-10 (fictitious names for persons and/or entities as yet unidentified),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br>DOCKET NO.: L-864-16<br><br>CIVIL ACTION<br><br><u>COMPLAINT & JURY DEMAND</u> |

Plaintiff, Jessy Torrejon Trevejo, residing at 1208 Kerrison Avenue, Union City, County of Hudson, State of New Jersey, by way of Complaint against the Defendants, WALMART, WAL-MART STORES, INC., WALMART SUPERCENTER, (hereinafter, "WALMART") John Doe 1-10, and XYZ Corp. 1-10 (fictitious names for persons and/or entities as yet unidentified), says that:

## <u>FIRST COUNT</u>

1. On or about July 2, 2014, the Plaintiff, Jessy Torrejon Trevejo, was lawfully on the premises located at or about 400 Park Plaza Dr., Secaucus, County of Hudson, State of New Jersey, that is owned and maintained by the Defendants WALMART.

2. At the aforesaid time and place, the Defendants, WALMART, were negligent in that they:

A. did not keep the premises in a safe condition;

B. did not exercise proper care;

C. caused a dangerous and hazardous condition to exist;

D. allowed a nuisance to exist;

E. failed to provide proper safeguards and/or warnings on the property;

F. failed to provide proper, safe, and clear access for persons allowed lawfully on the property;

G. and was otherwise negligent in the premises.

3. As a direct and proximate result of the aforesaid negligence of the Defendants, the Plaintiff slipped and fell, sustaining injuries, has been disabled, has incurred expenses for treatment of said injuries, suffered and will suffer in the future, great pain and torment, both mental and physical, will, in the future, be compelled to expend large and diverse sums of money for hospitalization, medical treatment and related medical care and was and will, in the future, be prevented from attending her duties for a long period of time.

WHEREFORE, Plaintiff, Jessy Torrejon Trevejo, demands judgment against Defendants, WALMART, John Doe 1-10 and XYZ Corp. 1-10 (fictitious names for persons and/or entities as yet unidentified), jointly, severally, or in the alternative, for damages together with attorneys' fees, interest, and cost of suit.

## SECOND COUNT

1. Plaintiff repeats each and every allegation of the First Count herein and makes the same a part hereof.

2. The negligence attributed to Defendants, WALMART is, in fact, attributable to the Defendants John Doe 1-10 and XYZ Corp. 1-10 (fictitious names for persons and/or entities as yet unidentified) jointly, severally, or in the alternative, against whom damages must lie.

WHEREFORE, Plaintiff, Jessy Torrejon Trevejo, demands judgment against Defendants, WALMART, John Doe 1-10 and XYZ Corp. 1-10 (fictitious names for persons and/or entities as yet unidentified), jointly, severally, or in the alternative, for damages together with attorneys' fees, interest, and cost of suit.

## JURY DEMAND

Plaintiff demands trial by jury as to all issues.

DATED:   February 22, 2016

JEFFREY S. HASSON, ESQ.

## DEMAND FOR DISCOVERY OF INSURANCE COVERAGE

The undersigned attorney for Plaintiff hereby demands that proof of all insurance which may extend coverage to Defendant for the subject incident and the limits of said coverage be furnished to Plaintiff within five (5) days of the date hereof.

DATED:   February 22, 2016

JEFFREY S. HASSON, ESQ.

## DEMAND TO ANSWER FORM C INTERROGATORIES

Pursuant to Rule 4:17-1(b)(ii), the plaintiff hereby demands that, in lieu of service of interrogatories, each defendant represented by your office provide answers to the Uniform Interrogatories set forth in Form C and C (2) of Appendix II of the Court Rules. Pursuant to Rule 4:17-4(b), each defendant shall serve answers upon the plaintiff within 60 days from the date that this Demand was served.

DATED:      February 22, 2016

_____
JEFFREY S. HASSON, ESQ.

## CERTIFICATION

Pursuant to R.4:5-1, the Plaintiff hereby certify that the within matter of controversy is not the subject of any action pending in any other jurisdiction, nor is it the subject of any arbitration matter pending in any other jurisdiction.

DATED:      February 22, 2016

_____
JEFFREY S. HASSON, ESQ.

## DESIGNATION OF TRIAL COUNSEL

The undersigned attorney for Plaintiffs hereby designates Jeffrey S. Hasson, Esq., as trial counsel herein.

DATED:      February 22, 2016

_____
JEFFREY S. HASSON, ESQ.

**Appendix XII-B1**



| CIVIL CASE INFORMATION STATEMENT (CIS) | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 **Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed** | PAYMENT TYPE: ☐CK ☐CG ☐CA<br>CHG/CK NO.<br>AMOUNT:<br>OVERPAYMENT:<br>BATCH NUMBER: |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| JEFFREY HASSON, ESQ | (201) 928-0300 | Hudson |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| LAW OFFICES OF JEFFREY S HASSON | L-864-16 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 320 CEDAR LANE, TEANECK, NJ 07666 | COMPLAINT |
| | JURY DEMAND ■ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| JESSY TORREJON TREVEJO, Plaintiff | JESSY TORREJON TREVEJO V. WALMART ET AL. |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO |
|---|---|---|
| 605 | ☐ YES ☐ NO | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? ☐ YES ■ No | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) ☐ NONE ☐ UNKNOWN |
|---|---|

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ■ No | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR ☐ BUSINESS | ☐ OTHER (explain) |
|---|---|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☐ NO |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| ♿ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|

| WILL AN INTERPRETER BE NEEDED? ☐ YES ■ NO | IF YES, FOR WHAT LANGUAGE? |
|---|---|

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *(signed)*

**LAW OFFICES OF JEFFREY S. HASSON**
By: JEFFREY S. HASSON, ESQ.
(Atty ID #026611993)
320 Cedar Lane
Teaneck, New Jersey 07666
(201) 928-0300
Attorney for Plaintiff

| | |
|---|---|
| JESSY TORREJON TREVEJO,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, WAL-MART STORES, INC., WALMART SUPERCENTER JOHN DOE 1-10 and XYZ CORP. 1-10 (fictitious names for persons and/or entities as yet unidentified),<br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br>DOCKET NO.: HUD-L-864-16<br><br>CIVIL ACTION<br><br>**SUMMONS** |

**The State of New Jersey, to the Above Named Defendant(s):**

      The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appears above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 for Law Division and Chancery Division and completed Case Information Statement) if you want the court to hear your defense.

      If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages, or property to pay all or part of the judgment.

      If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Date: March 4, 2016                      <u>MICHELLE M. SMITH, ESQ</u>
                                                           Michelle M. Smith, Clerk of the Superior Court

**Name of Defendant to be served:**
**Walmart Supercenter**
**400 Park Plaza Dr.**
**Secaucus, NJ 07094**

**LAW OFFICES OF JEFFREY S. HASSON**
By: JEFFREY S. HASSON, ESQ.
(Atty ID #026611993)
320 Cedar Lane
Teaneck, New Jersey 07666
(201) 928-0300
Attorney for Plaintiff

| | |
|---|---|
| JESSY TORREJON TREVEJO,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, WAL-MART STORES, INC., WALMART SUPERCENTER JOHN DOE 1-10 and XYZ CORP. 1-10 (fictitious names for persons and/or entities as yet unidentified),<br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br>DOCKET NO.: HUD-L-864-16<br><br>CIVIL ACTION<br><br>**SUMMONS** |

**The State of New Jersey, to the Above Named Defendant(s):**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appears above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 for Law Division and Chancery Division and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages, or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Date:  March 4, 2016          **MICHELLE M. SMITH, ESQ**
                              Michelle M. Smith, Clerk of the Superior Court

**Name of Defendant to be served:**
**Walmart**
**400 Park Plaza Dr.**
**Secaucus, NJ 07094**

**LAW OFFICES OF JEFFREY S. HASSON**
By: JEFFREY S. HASSON, ESQ.
(Atty ID #026611993)
320 Cedar Lane
Teaneck, New Jersey 07666
(201) 928-0300
Attorney for Plaintiff

| | |
|---|---|
| JESSY TORREJON TREVEJO,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, WAL-MART STORES, INC., WALMART SUPERCENTER JOHN DOE 1-10 and XYZ CORP. 1-10 (fictitious names for persons and/or entities as yet unidentified),<br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br>DOCKET NO.: HUD-L-864-16<br><br>CIVIL ACTION<br><br>**SUMMONS** |

**The State of New Jersey, to the Above Named Defendant(s):**

  The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appears above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 for Law Division and Chancery Division and completed Case Information Statement) if you want the court to hear your defense.
  If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages, or property to pay all or part of the judgment.
  If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Date: March 4, 2016              <u>MICHELLE M. SMITH, ESQ</u>
                        Michelle M. Smith, Clerk of the Superior Court

**Name of Defendant to be served:**
**Wal-Mart Stores, Inc.**
**400 Park Plaza Dr.**
**Secaucus, NJ 07094**

JESSY TORREJON TREVEJO

Plaintiff

vs

WALMART, ET AL

Defendant

20160304154240

Superior Court Of New Jersey

HUDSON Venue

Docket Number: HUD L 864 16

**Person to be served** (Name and Address):
WALMART SUPERCENTER
400 PARK PLAZA DR.
SECAUCUS NJ 07094
**By serving:** WALMART SUPERCENTER

**Attorney:** JEFFREY S. HASSON, ESQ

**Papers Served:** SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, DEMANDS

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ 69.98

**Service Data:** [X] Served Successfully    [ ] Not Served

Date/Time: 3/7/2016 6:46 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

FALIPA SANTOS

MANAGING AGENT

**Description of Person Accepting Service:**

SEX: M   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER:

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: ___
                     Date/Time: ___
                     Date/Time: ___

Other:

RECEIVED CUSTOMER SERVICE TEAM MAR 10 2016 SUPERIOR COURT OF NEW JERSEY COUNTY OF HUDSON CIVIL DIVISION #2

**Served Data:**
Subscribed and Sworn to me this

8 day of March, 20 16

Notary Signature: Marelyn Meneses

MARELYN MENESES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 6, 2016

12/6/2016
Commission Expiration

I, MARK SACRIPANTI, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server

3/8/2016
Date

Name of Private Server: MARK SACRIPANTI  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

JESSY TORREJON TREVEJO

Plaintiff

vs

WALMART, ET AL

Defendant

20160304154240

Superior Court Of New Jersey

HUDSON Venue

Docket Number: HUD L 864 16

**Person to be served** (Name and Address):
WALMART SUPERCENTER
400 PARK PLAZA DR.
SECAUCUS NJ 07094
By serving: WALMART SUPERCENTER

**Attorney:** JEFFREY S. HASSON, ESQ

**Papers Served:** SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, DEMANDS

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$129.98

| Service Data: | [X] Served Successfully | [ ] Not Served |
|---|---|---|

Date/Time: 3/7/2016 6:46 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

FALIPA SANTOS

MANAGING AGENT

**Description of Person Accepting Service:**

SEX: M   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

Other:

**FILED STAMPED COPY WILL ARRIVE SHORTLY**

**Served Data:**
Subscribed and Sworn to me this
____8____ day of __March__, 20 __16__
Notary Signature: _Marelyn Meneses_    12/6/2016  Commission Expiration

MARELYN MENESES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 6, 2016

JB

I, MARK SACRIPANTI, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server    3/8/2016   Date

Name of Private Server: MARK SACRIPANTI   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (800) 672-1952

JESSY TORREJON TREVEJO

Plaintiff

vs

WALMART, ET AL

Defendant

20160304154800

Superior Court Of New Jersey

HUDSON Venue

Docket Number: HUD L 864 16

**Person to be served** (Name and Address):
WALMART
400 PARK PLAZA DR.
SECAUCUS NJ 07094
**By serving:** WALMART

**Attorney:** JEFFREY S. HASSON, ESQ

**Papers Served:** SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, DEMANDS

**Service Data:**    [X] Served Successfully        [ ] Not Served

Date/Time:    3/7/2016 6:47 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ 24.99

Name of Person Served and relationship/title:

FALIPA SANTOS

MANAGING AGENT

**Description of Person Accepting Service:**

SEX: M    AGE: 21-35    HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:          Date/Time: _____
                             Date/Time: _____
                             Date/Time: _____

Other:

RECEIVED CUSTOMER SERVICE TEAM MAR 10 2016 SUPERIOR COURT OF NEW JERSEY COUNTY OF HUDSON CIVIL DIVISION #2

**Served Data:**
Subscribed and Sworn to me this

_8_ day of _March_, 20 _16_

Notary Signature: _Marelyn Meneses_

MARELYN MENESES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 6, 2016

12/6/2016
Commission Expiration

I, MARK SACRIPANTI, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server       3/8/2016 Date

Name of Private Server: MARK SACRIPANTI  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

JESSY TORREJON TREVEJO

Plaintiff

vs

WALMART, ET AL

Defendant

20160304154800

Superior Court Of New Jersey

HUDSON Venue

Docket Number: HUD L 864 16

**Person to be served** (Name and Address):
WALMART
400 PARK PLAZA DR.
SECAUCUS NJ 07094
**By serving:** WALMART

**Attorney:** JEFFREY S. HASSON, ESQ

**Papers Served:** SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, DEMANDS

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ 24.99

**Service Data:**  [X] Served Successfully   [ ] Not Served

Date/Time: 3/7/2016 6:47 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

FALIPA SANTOS

MANAGING AGENT

**Description of Person Accepting Service:**

SEX: M   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____
                      Date/Time: _____
                      Date/Time: _____

Other:

**FILED STAMPED COPY WILL ARRIVE SHORTLY**

**Served Data:**
Subscribed and Sworn to me this
__8__ day of __March__, 20 __16__
Notary Signature: _Marelyn Meneses_
MARELYN MENESES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 6, 2016

Commission Expiration: 12/6/2016

JB

I, MARK SACRIPANTI, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server

Date: 3/8/2016

Name of Private Server: MARK SACRIPANTI   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (800) 672-1952

```
HUDSON COUNTY SUPERIOR COURT
HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY      NJ 07306
                                          TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (201) 217-5162
COURT HOURS  8:30 AM - 4:30 PM

                        DATE:    FEBRUARY 29, 2016
                        RE:      TREVEJO VS WALMART ET ALS
                        DOCKET:  HUD L -000864 16

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON DANIEL DALESSANDRO

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM       002
AT:  (201) 795-6908.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDAN
CE
WITH  R. 4:5A-2.
                          ATTENTION:
                                       ATT: JEFFREY S. HASSON
                                       JEFFREY S. HASSON
                                       320 CEDAR LANE
                                       TEANECK          NJ 07666

JUJRIVO
```